Drew v U-Haul Intl. Inc. (2026 NY Slip Op 01914)

Drew v U-Haul Intl. Inc.

2026 NY Slip Op 01914

Decided on March 31, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 31, 2026

Before: Moulton, J.P., Kennedy, Rodriguez, Michael, Chan, JJ. 

Index No. 24/22|Appeal No. 6248|Case No. 2025-02585|

[*1]Roslyn O. Drew et al., Plaintiffs-Appellants,
vU-Haul International Inc., on behalf of Joe Schoen, etc., et al., Defendants-Respondents.

Roslyn O. Drew and Frederick S. Koger appellants pro se.
Nicoletti Spinner Ryan Gulino Pinter LLP, New York (Matthew G. Corcoran of counsel), for respondents.

Appeal from order, Supreme Court, Bronx County (Raymond P. Fernandez, J.), entered March 21, 2025, which awarded sanctions to defendants as against plaintiff Frederick S. Koger in the amount of $250, unanimously dismissed, without costs, as abandoned.
Plaintiffs do not address the merits of the order on appeal or the sanctions it imposed against Koger. Therefore, plaintiffs' appeal from that order is "deemed abandoned" (Altschuler v Jobman 478/480, LLC, 135 AD3d 439, 441 [1st Dept 2016], lv denied 29 NY3d 903 [2017]; see De Luca v De Luca, 241 AD3d 1146, 1149 [1st Dept 2025]). Were we to consider plaintiffs' appeal on the merits, we would find that imposing sanctions on Koger was well within the court's discretion, as plaintiffs violated a protective order expressly directing them to cease prosecution of a dismissed action or risk sanctions (see Solomon v 360 E. 72d St. Owners Inc., 244 AD3d 461, 462-463 [1st Dept 2025]).
We decline defendants' request to impose additional sanctions upon plaintiffs.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 31, 2026